# Third District Court of Appeal

## State of Florida

Opinion filed December 2, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1577
Lower Tribunal No. 15-15591

_____

## In the Interest of W.A.Z.R., G.T.Z.R., and M.D.Z.R., minor children,

Appellants,

vs.

## Department of Children and Families,

Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Cindy S. Lederman, Judge.

Holland & Knight and Frances G. De La Guardia, for appellants.

Karla Perkins, for appellee.


Before SUAREZ, C.J., and LOGUE and SCALES, JJ.

SUAREZ, C.J.

W.A.Z.R., G.T.Z.R. and M.D.Z.R. appeal the trial court's denial of their private petition seeking an adjudication of dependency.

We are bound to follow In re B.Y.G.M., 40 Fla. L. Weekly D1618 (Fla. 3d DCA July 15, 2015), and In re K.B.L.V., 40 Fla. L. Weekly D1622 (Fla. 3d DCA July 15, 2015) and, therefore, affirm.